589 A.2d 1111

The LIEBERMAN ORGANIZATION, d/b/a Adult Congregate Housing Group, Inc., U.R. Choyce, Inc., t/a Edgewood Home, Inc., Westmont Retirement Home, Inc., BJE, Inc., Walnut Street Homes, Inc., Glenwood Boarding Home, Inc., Miller Home, Inc., Charles Bussey, Clara Johnson, Sheila Jeter and Holly Chandler, Appellants,

v.

CITY OF PHILADELPHIA and Office of Services to the Homeless and Adults.

Supreme Court of Pennsylvania.

Argued April 8, 1991.

Decided April 30, 1991.

Alan J. Hoffman, James J. Greenfield, Philadelphia, for appellants.

Guy P. Vilim, Divisional Deputy Sol., for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, FLAHERTY and McDERMOTT, JJ., dissent.